**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| PHILLIP R. CORVELLO, *Plaintiff-Appellant*, v. WELLS FARGO BANK, NA, DBA America's Servicing Company, DBA Wells Fargo Home Mortgage, Inc., *Defendant-Appellee*. | No. 11-16234 D.C. No. 3:10-cv-05072-JSW |
| KAREN LUCIA; JEFFREY LUCIA, on behalf of themselves and all others similarly situated, *Plaintiffs-Appellants*, v. WELLS FARGO BANK, NA, AKA Wells Fargo Home Mortgage, Inc., *Defendant-Appellee*. | No. 11-16242 D.C. No. 3:10-cv-04749-JSW ORDER |

Filed September 23, 2013

Before: Mary M. Schroeder, John T. Noonan,
and Mary H. Murguia, Circuit Judges.

**ORDER**

The Opinion filed on August 8, 2013, is amended as follows:

Judge Noonan's concurrence is hereby withdrawn.

The petition for limited panel rehearing is **GRANTED**.